IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv31

JAIME BENJAMIN HENRIQUEZ OLIVARES,　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　vs.　　　　　　　　　　　　　　　)　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　)
PARK RIDGE HEALTH,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　　　)
_____)

**THIS MATTER** is before the Court on the Plaintiff's Response to the Court's Order of March 12, 2012. [Doc. 4].

The Plaintiff has now filed in the record of the action a copy of his Charge filed with the Equal Employment Opportunity Commission. This document indicates that the Plaintiff may be able to show that he preserved his rights by filing in a timely manner with the EEOC. He will therefore be provided an additional period of time within which to pay the filing fee herein.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the Plaintiff shall pay the filing fees in connection with this action. Failure to pay such fee will result in the dismissal of the action.

Signed: April 9, 2012

Martin Reidinger
United States District Judge